ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 2 0 2022

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

*v.*

ANDREW CHARLES PEARSON,
A/K/A "ESECC"

Criminal Indictment

No. 2:22CR035

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

**Count One**

On or about October 7, 2019, in the Northern District of Georgia, the defendant, ANDREW CHARLES PEARSON, also known as "esecc," did knowingly distribute at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, said depictions having been (a) produced using a minor engaged in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**Count Two**

On or about February 27, 2020, in the Northern District of Georgia, the defendant, ANDREW CHARLES PEARSON, also known as "esecc," knowing that he had been previously convicted of the following offense punishable by

imprisonment for a term exceeding one year, that is, Child Molestation in the Superior Court of Douglas County, Georgia, on or about March 24, 2003, did knowingly possess at least one of the following firearms, in and affecting interstate and foreign commerce, that is,

- One (1) Remington, model 870 Wingmaster, 12-gauge pump-action shotgun;
- One (1) Smith and Wesson, model M&P Bodyguard, .380 caliber pistol; and
- One (1) Ruger, model P89, 9mm pistol,

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**Forfeiture**

Pursuant to Title 18, United States Code, Section 2253, upon conviction of Count One in this Indictment, the defendant, ANDREW CHARLES PEARSON, also known as "esecc," shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;
2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and
3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

Also, upon conviction of Count Two of this Indictment, the defendant, ANDREW CHARLES PEARSON, also known as "esecc," shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense(s), including but not limited to the following:

- One (1) Remington, model 870 Wingmaster, 12 gauge pump-action shotgun, bearing serial number T141881M;
- One (1) Smith and Wesson, model M&P Bodyguard, .380 caliber pistol, bearing serial number KEJ8335; and
- One (1) Ruger, model P89, 9mm pistol, bearing serial number 309-50459,

seized on or about February 27, 2020.

If any of the property described above, as a result of any act or omission of the defendant, ANDREW CHARLES PEARSON, also known as "esecc":

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

ERIN E. SANDERS
*Assistant United States Attorney*
Georgia Bar No. 552091

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181